# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144985(14)(15)

In re:

The Honorable DEBORAH ROSS ADAMS,
Judge, 3rd Circuit Court

SC: 144985
JTC: Formal Complaint No. 89

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to expand the record is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013 _____

s0402

Clerk